

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00495-CV

Clayton Richter, Dorothy Richter, and Jonathan Richter
v.
City of Waelder, Texas

On Appeal from the
25th District Court of Gonzales County, Texas
Trial Court Cause No. 27,661

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

August 12, 2021